| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael Branam** | Social Security number or ITIN **xxx–xx–8521** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Melissa Branam** | Social Security number or ITIN **xxx–xx–8833** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of New Jersey** | | |
| Case number: **11–30125–KCF** | | |

# Order of Discharge

12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Branam

Melissa Branam
aka Melissa Castillo

<u>12/20/16</u>

**By the court:**   <u>Kathryn C. Ferguson</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                         **Chapter 13 Discharge**                         page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 11-30125-KCF
Michael Branam                                                            Chapter 13
Melissa Branam
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Dec 20, 2016
                             Form ID: 3180W        Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2016.
```
db/jdb     +Michael Branam,   Melissa Branam,   61 Albert Succi Dr,   Brick, NJ 08724-7762
cr          CitiMortgage, Inc.,   PO Box 6030,   Sioux Falls, SD 57117-6030
512145150  ++CITIBANK,   PO BOX 790328,   ST LOUIS MO 63179-0328
            (address filed with court: Home Depot Credit Services,   PO Box 653000,
            Dallas, TX 75265-3000)
513938085   CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA 50368-8971
512145147   First Premier Bank,   PO Box 5229,   Sioux Falls, SD 57117-5529
512145149   Gettington,   PO box 166,   Newark, NJ 07101-0166
512145157   JCP&L,   PO Box 3687,   Akron, OH 44309-3687
512302423  +Jersey Central Power & Light,   331 Newman Springs Rd.,   Building 3,   Red Bank, NJ 07701-6771
512145164  +NJ Natural Gas Co,   PO Box 1378,   Wall, NJ 07719-1378
512166281   PNC Bank, NA,   c/o Zucker, Goldberg & Ackerman, LLC,   200 Sheffield Street, Suite 101,
            P.O. Box 1024,   Mountainside, NJ 07092-0024
512145165   PNC Mortgage,   PO Box 533510,   Atlanta GA 30353-3510
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2016 22:59:53   U.S. Attorney,   970 Broad St.,
            Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2016 22:59:51   United States Trustee,
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
cr          EDI: GMACFS.COM Dec 20 2016 22:43:00   Ally Financial,   PO Box 130424,
            Roseville, MN 55113-0004
512145136   EDI: GMACFS.COM Dec 20 2016 22:43:00   Ally Financial,   200 Renaissance Center,
            Detroit, MI 48243-1300
512391356  +EDI: GMACFS.COM Dec 20 2016 22:43:00   Ally Financial f/k/a GMAC Inc.,
            Bankruptcy Department,   P.O. Box 130424,   Roseville, MN 55113-0004
512429512  +EDI: OPHSUBSID.COM Dec 20 2016 22:43:00   CANDICA, LLC,   C O WEINSTEIN AND RILEY, PS,
            2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
512145143   EDI: CITICORP.COM Dec 20 2016 22:43:00   Citi Cards,   PO Box 182564,
            Columbus, OH 43218-2564
512145137   EDI: CAPITALONE.COM Dec 20 2016 22:43:00   Capital One Bank,   PO Box 71083,
            Charlotte, NC 28272-1083
512145139   EDI: CHASE.COM Dec 20 2016 22:43:00   Chase,   PO Box 15153,   Wilmington DE 19886-5153
512376289   EDI: CHASE.COM Dec 20 2016 22:43:00   Chase Bank USA, N.A.,   PO Box 15145,
            Wilmington, DE 19850-5145
512145145   EDI: CIAC.COM Dec 20 2016 22:43:00   Citimortgage,   PO Box 183040,   Columbus, OH 43218-3040
512145146   EDI: RCSFNBMARIN.COM Dec 20 2016 22:43:00   Credit One Bank,   PO Box 60500,
            City of Industry, CA 91716-0500
513291637   EDI: RMSC.COM Dec 20 2016 22:43:00   GE Capital Retail Bank,
            c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami, FL 33131-1605
512336287   EDI: RESURGENT.COM Dec 20 2016 22:43:00   GE Money Bank,   c/o B-Line, LLC,   MS 550,
            PO Box 91121,   Seattle, WA 98111-9221
512145148  +EDI: RMSC.COM Dec 20 2016 22:43:00   GE Money Bank,   Bankruptcy Dept,   PO Box 103104,
            Roswell, GA 30076-9104
512388137  +EDI: BLUESTEM Dec 20 2016 22:43:00   GETTINGTON (ISSUED BY WEBBANK),   6250 RIDGEWOOD ROAD,
            ST.CLOUD, MN 56303-0820
512145151   EDI: HFC.COM Dec 20 2016 22:43:00   HSBC,   PO Box 17313,   Baltimore, MD 21297-1313
512474949   EDI: JEFFERSONCAP.COM Dec 20 2016 22:43:00   Jefferson Capital Systems LLC,   PO BOX 7999,
            SAINT CLOUD MN 56302-9617
512145158   EDI: TSYS2.COM Dec 20 2016 22:43:00   Juniper,   Card Services,   PO Box 13337,
            Philadelphia, PA 19101-3337
512145161  +EDI: TSYS2.COM Dec 20 2016 22:43:00   Macys,   PO Box 183083,   Columbus, OH 43218-3083
512352434   EDI: MERRICKBANK.COM Dec 20 2016 22:43:00   Merrick Bank,   c/o Resurgent Capital Services,
            PO Box 10368,   Greenville, SC 29603-0368
512145163   EDI: MERRICKBANK.COM Dec 20 2016 22:43:00   Merrick Bank,   PO Box 5721,
            Hicksville, NY 11802-5721
512761328  +E-mail/Text: bknotice@ncmllc.com Dec 20 2016 22:59:58   National Capital Management, LLC.,
            8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
512867757  +EDI: OPHSUBSID.COM Dec 20 2016 22:43:00   Oak Harbor Capital III, LLC,
            c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
512429531  +EDI: OPHSUBSID.COM Dec 20 2016 22:43:00   PHARIA L.L.C.,   C O WEINSTEIN AND RILEY, PS,
            2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
512768325   EDI: PRA.COM Dec 20 2016 22:43:00   Portfolio Recovery Associates, LLC,   PO Box 41067,
            Norfolk VA  23541
514054682   EDI: PRA.COM Dec 20 2016 22:43:00   Portfolio Recovery Associates, LLC,   POB 41067,
            Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
512633260  +EDI: RESURGENT.COM Dec 20 2016 22:43:00   PYOD, LLC,   c/o Resurgent Capital Services,
            Po Box 19008,   Greenville, SC 29602-9008
513291638   EDI: RECOVERYCORP.COM Dec 20 2016 22:43:00   Recovery Management Systems Corporation,
            25 S.E. 2nd Avenue,   Suite 1120,   Miami, FL 33131-1605
512145166   EDI: WFFC.COM Dec 20 2016 22:43:00   Wells Fargo Financial,   PO Box 660449,
            Dallas, TX 75266-0449
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Dec 20, 2016
                             Form ID: 3180W            Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
512353033      +EDI: WFFC.COM Dec 20 2016 22:43:00     Wells Fargo Financial National Bank,   4137 121st Street,
                Urbandale IA 50323-2310
                                                                                      TOTAL: 31


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512574047       PNC Bank, National Association c/o Zucker Goldberg
512145144*     ++CITIBANK,  PO BOX 790034,  ST LOUIS MO 63179-0034
                (address filed with court: Citi Cards,   PO Box 182564,   Columbus, OH 43218-2564)
512145138*      Capital One Bank,  PO Box 71083,  Charlotte, NC 28272-1083
512145140*      Chase,  PO Box 15153,  Wilmington DE 19886-5153
512145141*      Chase,  PO Box 15153,  Wilmington DE 19886-5153
512145142*      Chase,  PO Box 15153,  Wilmington DE 19886-5153
512145152*      HSBC,  PO Box 17313,  Baltimore, MD  21297-1313
512145153*      HSBC,  PO Box 17313,  Baltimore, MD  21297-1313
512145154*      HSBC,  PO Box 17313,  Baltimore, MD  21297-1313
512145155*      HSBC,  PO Box 17313,  Baltimore, MD  21297-1313
512145156*      HSBC,  PO Box 17313,  Baltimore, MD  21297-1313
512474950*     ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,  PO BOX 7999,
                SAINT CLOUD MN 56302-9617)
512145159*      Juniper,  Card Services,   PO Box 13337,  Philadelphia, PA 19101-3337
512145160*      Juniper,  Card Services,   PO Box 13337,  Philadelphia, PA 19101-3337
512145162*     +Macys,  PO Box 183083,  Columbus, OH 43218-3083
512867759*     +Oak Harbor Capital III, LLC,  c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                Seattle, WA 98121-3132
514054681*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,
                Norfolk, VA 23541)
                                                                          TOTALS: 1, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
```
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Brian C. Nicholas   on behalf of Creditor   PNC Bank, National Association
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James J. Cerbone   on behalf of Debtor Michael  Branam cerbonelawfirm@aol.com
          James J. Cerbone   on behalf of Joint Debtor Melissa  Branam cerbonelawfirm@aol.com
          John R. Morton, Jr.   on behalf of Creditor   Ally Financial mortonlaw.bcraig@verizon.net,
           donnal@mortoncraig.com/mhazlett@mortoncraig.com
          Joshua I. Goldman   on behalf of Creditor   PNC Bank, National Association
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
                                                                              TOTAL: 9
```