Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  11−30125−KCF
                Chapter:  13
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Branam
61 Albert Succi Dr
Brick, NJ 08724

Melissa Branam
aka Melissa Castillo
61 Albert Succi Dr
Brick, NJ 08724

Social Security No.:
  xxx−xx−8521                               xxx−xx−8833

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 13, 2017</u>                 <u>Kathryn C. Ferguson</u>
                                            Judge, United States Bankruptcy Court